IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

SHAUN RUSHING,

    **Plaintiff,**

v.                                                                       Case No. 4:25-cv-410-AW-MAF

BIO LIFE,

    **Defendant.**

_____/

## ORDER OF DISMISSAL

Plaintiff filed a pro se lawsuit against Bio Life. The magistrate judge recommends dismissal. ECF No. 6. There has been no objection to the report and recommendation.

I agree with the magistrate judge that dismissal is appropriate. There is nothing in the complaint to show subject-matter jurisdiction, and there is no reason to believe an amendment might change that. Plaintiff had the burden of demonstrating jurisdiction, and he made no effort to meet that burden.

The clerk will enter a judgment that says, "This case is dismissed without prejudice for lack of subject-matter jurisdiction." The clerk will then close the file.

SO ORDERED on October 31, 2025.

                                                          s/ *Allen Winsor*
                                                          Chief United States District Judge